IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**CLINT FISHER**, individually and on behalf of the participants in Inlandboatmens Union of the Pacific National Pension Plan and its participants,

      Plaintiff,

v.

**MARINA SECCHITANO; LEE EGLAND; BRIAN DODGE; DONOVAN DUNCAN; PETER HART; GAIL MCCORMICK; JOHN SKOW; ADAM SMITH; ROBERT ESTRADA; MATT HAINLEY; PATRICK MURPHY; ALICE NG; MIKE O'CONNOR;** and **ROBERT RELLER**,

      Defendants.

Case No. 3:18-cv-01639-JR

JUDGMENT

**MOSMAN, J.,**

In light of my Order [62] granting Defendants' Motion to Dismiss [44] and Request for Judicial Notice [45], it is ordered and adjudged that this case is DISMISSED without prejudice and with no award of attorney fees, costs, or prevailing party fees to any party.

DATED this \_\_5\_\_ day of March, 2020.

                                                   MICHAEL W. MOSMAN
                                                   United States District Judge

1 – JUDGMENT